Lawrence R. Stidham SBN 093123
STIDHAM LAW OFFICES
210 5th Street
Ramona, CA 92065
Phone: (760) 788-4560
Facsimile: (760) 788-4584

Brenda L. Tomaras SBN 176900
Kathryn A. Ogas SBN 206909
TOMARAS & OGAS, LLP
10755-F Scripps Poway Parkway #281
San Diego, CA 92131
Telephone: (858) 554-0550
Facsimile: (858) 777-5765

Attorneys for Plaintiff Quechan Tribe of the Fort Yuma Indian Reservation, a Federally-recognized Indian Tribe

FILED
2006 NOV 30 AM 8:40
CLERK US DIST... SOUTHERN DISTRICT OF CALIFORNIA
BY ________ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUECHAN TRIBE OF THE FORT YUMA INDIAN RESERVATION, a Federally-recognized Indian Tribe,<br><br>Plaintiff,<br><br>vs.<br><br>STATE OF CALIFORNIA,<br><br>Defendant, | Case No. 06 CV 0156 R CAB<br><br>**STIPULATION TO DISMISS ACTION PURSUANT TO RULE 41(a)(1) OF THE FEDERAL RULES OF CIVIL PROCEUDRE AND ORDER THEREON** |

Plaintiff, the Quechan Tribe of the Fort Yuma Indian Reservation, and Defendant, the State of California, by and through their respective attorneys of record, now stipulate as follows pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

1. WHEREAS this action was commenced by Plaintiff against Defendant on January 24, 2006 alleging violations of the Indian Gaming Regulatory Act (IGRA) and the Tribal-State Gaming Compact between the Plaintiff and the State of California stemming from the fact the California Legislature had not yet ratified a Compact Amendment negotiated and executed by Governor Arnold Schwarzenegger.

2. WHEREAS, Defendant filed a Motion to Dismiss Pursuant to Rule 12(B) of the Federal Rules of Civil Procedure, which Motion is presently set for hearing on December 11, 2006 before the Honorable John S. Rhoades.

3. WHEREAS, the California State Legislature ratified the Compact Amendment on August 29, 2006.

4. WHEREAS, Plaintiff believes that ratification of the Compact Amendment has rendered the matter moot.

THE PARTIES RESPECTFULLY REQUEST AN ORDER THAT this action be dismissed.

Dated: November 21, 2006

Lawrence R. Stidham
STIDHAM LAW OFFICES

Brenda L. Tomaras
Kathryn A. Ogas
TOMARAS & OGAS, LLP

By: Kathryn A. Ogas
Kathryn A. Ogas
Attorneys for Plaintiff the QUECHAN TRIBE OF THE FORT YUMA INDIAN RESERVATION

BILL LOCKYER
Attorney General of the State of California

ROBERT L. MUKAI
Senior Assistance Attorney General

SARA J. DRAKE
Supervising Deputy Attorney General

PETER H. KAUFMAN
Deputy Attorney General

RANDALL A. PINAL
Deputy Attorney General

By: ______________________
PETER H. KAUFMAN
Deputy Attorney General
Attorneys for Defendant State of California

**ORDER**

Based on the reasons set forth above, IT IS ORDERED that this action be and hereby is dismissed.

11/28/06

Judge of the U.S. District Court

**PROOF OF SERVICE**

I, Kathryn A. Ogas, declare that I am over the age of eighteen and not a party to the within action. I am employed in, or a resident of the County of San Diego, California, where the mailing occurs. My business address is 10755-F Scripps Poway Pkwy, #281, San Diego, CA 92031

I further declare that I am readily familiar with the business practice of processing of correspondence for mailing with the United States Postal Service this same day in the ordinary course of business.

I caused to be served the following documents described as: **STIPULATION TO DISMISS ACTION PURSUANT TO RULE 41(a)(1) OF THE FEDERAL RULES OF CIVIL PROCEDURE AND ORDER THEREON** by placing a true and correct copy of this document in a separate envelope addressed to each addressee, respectively, as follows:

Bill Lockyer
110 West A Street, Suite 1100
P.O. Box 85266
San Diego, CA 92186-5266

Robert Mukai
110 West A Street, Suite 1100
P.O. Box 85266
San Diego, CA 92186-5266

Sara Drake
110 West A Street, Suite 1100
P.O. Box 85266
San Diego, CA 92186-5266

Robert Pinal
110 West A Street, Suite 1100
P.O. Box 85266
San Diego, CA 92186-5266

Peter Kaufman
110 West A Street, Suite 1100
P.O. Box 85266
San Diego, CA 92186-5266

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 21st day of November 2006.

Kathryn A. Ogas
Kathryn A. Ogas